Dismissed and Memorandum Opinion filed September 16,
2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00691-CR

____________

 

DAVID WAYNE GILES, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 359th District Court

Montgomery County, Texas

Trial Court Cause No. 07-06-06683-CR

 



 

MEMORANDUM
 OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this court.  See Tex.
R. App. P. 42.2.  Because this court has not delivered an opinion, we grant
appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the clerk
of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Chief Justice
Hedges and Justices Yates and Sullivan.

Do Not Publish — Tex. R. App.
P. 47.2(b).